RELYANT, LLC, Appellant

v.

Robert M. SPEER, Acting Secretary of the Army, Appellee

2016-2038

United States Court of Appeals, Federal Circuit.

April 10, 2017

JAMES HENRY PRICE, Lacy, Price & Wagner, PC, Knoxville, TN, argued for appellant. Also represented by MICHAEL RYAN FRANZ.

ANTHONY F. SCHIAVETTI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

(Wallach, Clevenger, and Schall, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

IN RE: MODERN WOODMEN OF AMERICA, Appellant

2016-2306

United States Court of Appeals, Federal Circuit.

April 10, 2017

THOMAS JOSEPH MOORE, Bacon & Thomas, Alexandria, VA, argued for appellant. Also represented by THOMAS LEE.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, CHRISTINA HIEBER, MAI-TRANG DUC DANG.

(Wallach, Clevenger, and Schall, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**